IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

TERESA DANIEL                                                                    PLAINTIFF

vs.                                        Civil No. 4:13-cv-04004

MICHAEL J. ASTRUE                                                          DEFENDANT
Commissioner, Social Security Administration

## J U D G M E N T

For the reasons set forth in the Memorandum Opinion entered on this date, the Court

**DISMISSES** Plaintiff's Complaint (ECF No. 1) without prejudice.

**IT IS SO ORDERED this 6th day of January 2014.**

/s/  Barry A. Bryant
HON. BARRY A. BRYANT
U. S. MAGISTRATE JUDGE